Northfield Investments, Inc.
601 Eagleton Downs Dr.
Pineville, NC 28134


Richard M. Mitchell
Mitchell & Culp PLLC
1001 Morehead Square Drive, Ste. 330
Charlotte, NC 28203


Allied Waste
P.O. Box 219
Pineville, NC 28134


Andrew Jacobson
5955 Carnegie Blvd.
Suite 225
Charlotte, NC 28209


Aquatic Resources Group, LLC
521 Eagleton Downs Dr., Ste. B
Pineville, NC 28134


Automatic Sprinkler Inspections
2507 Glenwood St.
Kannapolis, NC 28083


B. Scott Cook
Regions Bank
6805 Morrison Blvd.
Ste. 100
Charlotte, NC 28211


Bank of America
100 N. Tryon St.
Charlotte, NC 28255


Bank of America
c/o Robert J. Bernhardt
5821 Fairview Road, Ste. 100
Charlotte, NC 28209

NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27602-1168


Berkadia
P.O. Box 308
Horsham, PA 19044


Bishop, Capitano & Abner, PA
4521 Sharon Rd.
Suite 350
Charlotte, NC 28211


Bland & Richter, LLC
P.O. Box 72
Columbia, SC 29202


Carleton B. Johnson
1911 US Highway 70
Muleshoe, Texas 79347


City County Tax Coll.
Collection Division
P.O. Box 31637
Charlotte, NC 28281


City County Tax Collector
Collection Division
P.O. Box 31637
Charlotte, NC 28281


Cleer Oil
521 Eagleton Downs Dr., Ste. A
Pineville, NC 28134


Cranford, Schultze, Tomchin
7257 Pineville-Matthews Rd.
Ste. 2100
Charlotte, NC 28226

Fibers Services, Inc.
521 Eagleton Downs Drive, Ste. F
Pineville, NC 28134

GMAC
P.O. Box 380901
Bloomington, MN 55438-0901

Grier, Furr & Crisp
101 N. Tryon St.
Ste. 1240
Charlotte, NC 28246

Harrington Plastics
601 Eagleton Downs Dr., Ste. C
Pineville, NC 28134

Harvest Environmental, Inc.
521 Eagleton Downs Dr., Ste. E
Pineville, NC 28134

Heckle, Herlong Professional Plaza
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134

Humphrey & Partners Architects
5339 Alpha Rd.
Dallas, TX 75240

Hunter Engineering Company
521 Eagleton Downs Drive, Ste. D
Pineville, NC 28134

I.R.S.
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

J. Michael Shaheen
6211 Fair Valley Rd.
Charlotte, NC 28226

J. Michael Shaheen
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134

John E. Shaheen
6001 Eagleton Downs Dr., Ste. A
Pineville, Nc 28134

Lancaster Industrial Park, LLC
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134

Lawrence Shaheen
601 Eagleton Down Dr., Ste. A
Pineville, NC 28134

Madison Construction Group
520 Eagleton Downs Dr., Ste. A & B
Pineville, NC 28134

Mark Carpenter
100 N. Tryon St.
Floor 47
Charlotte, NC 28267

NC Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

```
Regional Construction and Design
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134




Regional Construction and Design
601 Eagleton Downs Dr.
Ste. A
Pineville, NC 28134




Regional Construction VA, Inc.
601 Eagleton Downs Dr.
Ste. A
Pineville, NC 28134




Regional Property Development Corp.
601 Eagleton Downs Dr., Ste. A
Pinveille, NC 28134




Regional Property Development, LLC
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134




Regions Bank
Commercial Loan Processing
P.O. Box 4010
Montgomery, AL 36103-4010




Regions Bank
6805 Morrison Blvd., Ste. 100
Charlotte, NC 28211




Ryan Herco Products Corp.
10401 John Price Rd.
Charlotte, NC 28273




Saertex, USA
12200 Mt. Holly-Huntersville Rd.
Huntersville, NC 28078
```

SC Dept. Revenue
P.O. Box 125
Columbia, SC 29214-0027


Southeastern Construction
Management Corp.
601 Eagleton Downs Dr., Ste. A
Pineville, NC 28134


Southscape Landscaping
11801 Ramah Church Rd.
Huntersville, Nc 28071


Steven Jacobson
1350 NE 101st St.
Miami Shores, FL 33138


Swindell and Jones
227 W. Trade St., Ste. 2030
Charlotte, NC 28202


Templeton & Raynor, PA
1800 East Blvd.
28203


US Attorney's Office
227 W. Trade St.
17th Floor
Charlotte, NC 28202


US Bankruptcy Adm.
402 W. Trade Street
Room 200
Charlotte, NC 28202-1669


Wagner, Noble and Company, Inc.
5970 Fairview Rd.
Ste. 402
Charlotte, NC 28210

```
Wells Daisley Rabon, PA
1616 Cleveland Ave.
Charlotte, NC 28203




Wells Fargo 11-0202635
Commercial Loan Servicing
1901 Harrison St., 2d Fl.
Oakland, CA 94612



Wishart, Norris, Henninger & Pittman
6832 Morrison Blvd.
Charlotte, NC 28211
```

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

In re:  **Northfield Investments, Inc.**

_____
**Debtor**

Case No. _____

Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **7** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **10/18/2010**_____

Signed: **s/ Lawrence J. Shaheen, Sr.**_____
            **Lawrence J. Shaheen, Sr.**

Signed: _____
**Richard M. Mitchell**
Attorney for Debtor(s)
Bar no.:        **3034**
**Mitchell & Culp PLLC**
**1001 Morehead Square Drive, Ste. 330**
**Charlotte, NC 28203**
Telephone No.:    **(704) 333-0630**
Fax No.:            **(704) 333-4975**
 E-mail address:

| United States Bankruptcy Court<br>Western District of North Carolina<br>Charlotte Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Northfield Investments, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**f/k/a Regional Property Development Corp.**<br>**f/k/a Property Asset Development Corp.**<br>**f/k/a North Regioinal I, LLC**<br>**f/k/a North Regional II, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all):<br>**56-1583968** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**601 Eagleton Downs Dr.**<br>**Pineville, NC**<br>      ZIP CODE   **28134** | Street Address of Joint Debtor (No. & Street, City, and State):<br>      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**601 Eagleton Downs Dr.**<br>**Pineville, NC**<br>      ZIP CODE   **28134** | Mailing Address of Joint Debtor (if different from street address):<br>      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>      ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>                  Recognition of a Foreign<br>☐ Chapter 9      Main Proceeding<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>                  Recognition of a Foreign<br>☐ Chapter 13      Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code.) | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.      business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on<br>4/01/13 and every three years thereafter*).<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR<br>COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative<br>expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than $1<br>billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**Northfield Investments, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X  Not Applicable** _____<br>Signature of Attorney for Debtor(s)        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑  Yes, and Exhibit C is attached and made a part of this petition.

❑  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Northfield Investments, Inc. |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

X **Not Applicable**
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

X _____
Signature of Attorney for Debtor(s)

**Richard M. Mitchell  Bar No.  3034**
Printed Name of Attorney for Debtor(s) / Bar No.

**Mitchell & Culp PLLC**
Firm Name

**1001 Morehead Square Drive, Ste. 330 Charlotte, NC 28203**
Address

**(704) 333-0630**          **(704) 333-4975**
Telephone Number

**10/18/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ Lawrence J. Shaheen, Sr.**
Signature of Authorized Individual

**Lawrence J. Shaheen, Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**10/18/2010**
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN RE:                                          )        BANKRUPTCY #10-3____
                                                )        CHAPTER 11
NORTHFIELD INVESTMENTS, INC.                    )
                                                )
                    DEBTOR.                     )

## CORPORATE OWNERSHIP STATEMENT

In accordance with Bankruptcy Rules of Procedure 1007(a) and 7007.1, the
Debtor sets out its equity security holders as follows:

John Michael Shaheen                            100% int.
6211 Fair Valley Road
Charlotte, NC 28226

        Dated: 10/18/10

                                                _____
                                                Richard M. Mitchell
                                                NC State Bar #3034
                                                Mitchell & Culp, PLLC
                                                1001 Morehead Square Dr., Ste. 330
                                                Charlotte, NC 28203
                                                704-333-0630

MINUTES OF THE MEETING OF

THE BOARD OF DIRECTORS OF

NORTHFILED INVESTMENTS, INC.


The undersigned, being the sole director Northfield Investments, Inc. ("the Company") hereby acts as follows:

RESOLVED, that an appropriate officer of the Company be and he or she is hereby authorized to file a petition on behalf of the Company pursuant to Chapter 11 of Title 11 of the United States Bankruptcy Code.

DATED this the 18th day of October, 2010.

_____
Director

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

In re: __Northfield Investments, Inc.__ _____ .                    Case No.

                                    **Debtor**                 Chapter   **11**

# Exhibit "A" to Voluntary Petition

1.      If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is .

2.      The following financial data is the latest available information and refers to debtor's condition on .

a.      Total assets                                          $ _____ **10,801,093.54**

b.      Total debts (including debts listed in 2.c., below)    $ _____ **13,071,272.92**

                                                                          Approximate
                                                                          number of
                                                                          holders

c.      Debt securities held by more than 500 holders.

        secured          unsecured          subordinated     _____     _____

d.      Number of shares of preferred stock              _____     _____

e.      Number of shares of common stock          _____**1,000**_____     _____

        Comments, if any:

3.      Brief description of debtor's business:

        **RE development and management**

4.      List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

        **John M. Shaheen-100%**

Exhibit A - Page 1

## United States Bankruptcy Court

### Western District of North Carolina

#### Charlotte Division

In re:

Case No. _____

Chapter   **11**

**Northfield Investments, Inc.**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the  of **Northfield Investments, Inc.,** a  Corporation and that on  the following resolution was duly adopted by the  of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Lawrence J. Shaheen, Sr., President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **Lawrence J. Shaheen, Sr., President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **Lawrence J. Shaheen, Sr., President** of this Corporation, is authorized and directed to employ **Richard M. Mitchell**, attorney and the law firm of **Mitchell & Culp PLLC** to represent the Corporation in such bankruptcy case."

Executed on:   **10/18/2010**_____

Signed:   **s/ Lawrence J. Shaheen, Sr.**_____

B4 (Official Form 4) (12/07)

**United States Bankruptcy Court**

**Western District of North Carolina**

**Charlotte Division**

In re **Northfield Investments, Inc.** _____ , Case No. _____

Debtor

Chapter   **11**   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Wagner, Noble and Company, Inc.**<br>**5970 Fairview Rd.**<br>**Ste. 402**<br>**Charlotte, NC 28210** | **Accounts Receivable**<br>**704-552-0553**<br>**Wagner, Noble and Company, Inc.**<br>**5970 Fairview Rd.**<br>**Ste. 402**<br>**Charlotte, NC 28210** | **Accounting** | | **$109,301.28** |
| **Bland & Richter, LLC**<br>**P.O. Box 72**<br>**Columbia, SC 29202** | **Accounts Receivable**<br>**803-256-9664**<br>**Bland & Richter, LLC**<br>**P.O. Box 72**<br>**Columbia, SC 29202** | **Attorneys** | | **$103,791.50** |
| **Bishop, Capitano & Abner, PA**<br>**4521 Sharon Rd.**<br>**Suite 350**<br>**Charlotte, NC 28211** | | | | **$19,496.63** |
| **Bank of America**<br>**c/o Robert J. Bernhardt**<br>**5821 Fairview Road, Ste. 100**<br>**Charlotte, NC 28209** | | | | **$13,400.03** |
| **Cranford, Schultze, Tomchin**<br>**7257 Pineville-Matthews Rd.**<br>**Ste. 2100**<br>**Charlotte, NC 28226** | **Account Receivable**<br>**704-442-1010**<br>**Cranford, Schultze, Tomchin**<br>**7257 Pineville-Matthews Rd.**<br>**Ste. 2100**<br>**Charlotte, NC 28226** | **Attorney** | | **$6,960.78** |
| **Wells Daisley Rabon, PA**<br>**1616 Cleveland Ave.**<br>**Charlotte, NC 28203** | **Accounts Receivable**<br>**704-375-1800**<br>**Wells Daisley Rabon, PA**<br>**1616 Cleveland Ave.**<br>**Charlotte, NC 28203** | **Attorney** | | **$5,944.75** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Northfield Investments, Inc.**                                    , Case No. _____
                              Debtor                        Chapter  **11**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **GMAC**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438-0901** | **Account Receivable**<br><br>**GMAC**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438-0901** | **Trade** | | **$4,606.54** |
| **NC Dept. of Revenue**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | | **Taxes** | | **$3.258.29** |
| **Southscape Landscaping**<br>**11801 Ramah Church Rd.**<br>**Huntersville, Nc 28071** | **Accounts Receivable**<br>**704-947-1303**<br>**Southscape Landscaping**<br>**11801 Ramah Church Rd.**<br>**Huntersville, Nc 28071** | **Trade** | **DISPUTED** | **$2,980.64** |
| **Humphrey & Partners Architects**<br>**5339 Alpha Rd.**<br>**Dallas, TX 75240** | **Accounts Receivable**<br>**972-701-9363**<br>**Humphrey & Partners Architects**<br>**5339 Alpha Rd.**<br>**Dallas, TX 75240** | **Architects** | | **$1,500.00** |
| **Grier, Furr & Crisp**<br>**101 N. Tryon St.**<br>**Ste. 1240**<br>**Charlotte, NC 28246** | **Accounts Receivable**<br>**704-375-3720**<br>**Grier, Furr & Crisp**<br>**101 N. Tryon St.**<br>**Ste. 1240**<br>**Charlotte, NC 28246** | **Attorneys** | | **$1,375.00** |
| **Wishart, Norris, Henninger & Pittman**<br>**6832 Morrison Blvd.**<br>**Charlotte, NC 28211** | **Accounts Receivable**<br>**704-364-0010**<br>**Wishart, Norris, Henninger & Pittman**<br>**6832 Morrison Blvd.**<br>**Charlotte, NC 28211** | **Attorneys** | | **$1,192.50** |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **Northfield Investments, Inc.**                                        ,  Case No. _____

                                    Debtor                          Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Automatic Sprinkler Inspections**<br>**2507 Glenwood St.**<br>**Kannapolis, NC 28083** | **Accounts Receivable**<br>**704-789-3008**<br>**Automatic Sprinkler Inspections**<br>**2507 Glenwood St.**<br>**Kannapolis, NC 28083** | **Trade** | | **$1,100.00** |
| **SC Dept. Revenue**<br>**P.O. Box 125**<br>**Columbia, SC 29214-0027** | | **Taxes** | | **$555.17** |
| **Allied Waste**<br>**P.O. Box 219**<br>**Pineville, NC 28134** | **Accounts Receivable**<br>**704-377-0161**<br>**Allied Waste**<br>**P.O. Box 219**<br>**Pineville, NC 28134** | **Trade** | | **$389.62** |
| **Templeton & Raynor, PA**<br>**1800 East Blvd.**<br>**28203** | **Accounts Receivable**<br>**704-344-8500**<br>**Templeton & Raynor, PA**<br>**1800 East Blvd.**<br>**28203** | **Attorneys** | | **$271.50** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Lawrence J. Shaheen, Sr., President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **10/18/2010** _____        Signature:   **s/ Lawrence J. Shaheen, Sr.** _____

                                                  **Lawrence J. Shaheen, Sr. ,President** _____
                                                  (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re: **Northfield Investments, Inc.** _____     Case No. _____
                       **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **520 Eagleton Downs, Pineville, NC-$2,400,000 and 601 Eagleton Downs, Pineville, NC-$1,500,000 10401 John Price Rd., Charlotte, NC-$1,100,000** | **Fee Owner** | | **$5,000,000.00** | **$4,604,027.26** |
| **521 Eagleton Downs, Pineville-$1,700,000 12200 Mt. Holly Rd., Huntersville, NC-$4,100,000** | **Fee Owner** | | **$5,800,000.00** | **$5,581,858.39** |
| | **Total ➤** | | **$10,800,000.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Northfield Investments, Inc.** _____,        Case No. _____
_____**Debtor**_____        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America (....1314)** | | **55.29** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America, Charlotte, NC-business checking (....1291)** | | **37.79** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Americe (North Regional II ....1301)** | | **177.14** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BB & T (Regional Property Devlopment ....3991)** | | **476.65** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Bank (North Regional I ....9153)** | | **35.26** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Bank (North Regional II ....9415)** | | **30.59** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC Bank-checking account (....6112)** | | **6.61** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **RBC, Charlotte, NC--business checking (....9137)** | | **274.21** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Northfield Investments, Inc.** _____ ,     Case No. _____
               **Debtor**                                                               (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **44% Regional Development Downs Road, LLC** | | **0.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% Lancaster Industrial Park, LLC** | | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (will file amendment)** | | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **Northfield Investments, Inc.**_____,                    Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

           __2__   continuation sheets attached            Total      ˃                 **$  1,093.54**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Northfield Investments, Inc.** _____.   Case No. _____

| | Debtor | | | | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Berkadia**<br>**P.O. Box 308**<br>**Horsham, PA 19044** | X | | **1st Deed of Trust**<br>**520 Eagleton Downs, Pineville, NC-$2,400,000 and**<br>**601 Eagleton Downs, Pineville, NC-$1,500,000**<br>**10401 John Price Rd., Charlotte, NC-$1,100,000**<br>_____<br>**VALUE $5,000,000.00** | | | X | 4,604,028.00 | 0.00 |
| ACCOUNT NO.<br><br>**Wells Fargo 11-0202635**<br>**Commercial Loan Servicing**<br>**1901 Harrison St., 2d Fl.**<br>**Oakland, CA 94612** | X | | **1st Deed of Trust**<br>**521 Eagleton Downs, Pineville-$1,700,000**<br>**12200 Mt. Holly Rd., Huntersville, NC-$4,100,000**<br>_____<br>**VALUE $5,800,000.00** | | | | 5,581,859.00 | 0.00 |

0   continuation sheets
attached

Subtotal ➤
(Total of this page)

$ 10,185,887.00 | $           0.00

Total ➤
(Use only on last page)

$ 10,185,887.00 | $           0.00

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re   **Northfield Investments, Inc.**                                          Case No. _____
                              Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Northfield Investments, Inc.** _____,        Case No. _____
                        Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City County Tax Collector<br>Collection Division<br>P.O. Box 31637<br>Charlotte, NC 28281** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326** | | | | | | | **0.00** | **0.00** | **$0.00** |
| ACCOUNT NO.<br>**NC Dept. of Revenue<br>P.O. Box 1168<br>Raleigh, NC 27602-1168** | | | | | | | **3,258.29** | **3,258.29** | **$0.00** |
| ACCOUNT NO.<br>**SC Dept. Revenue<br>P.O. Box 125<br>Columbia, SC 29214-0027** | | | | | | | **555.17** | **555.17** | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▸
(Totals of this page)          $ **3,813.46**   $ **3,813.46**   $ **0.00**

Total ▸
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)          $ **3,813.46**

Total ▸
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities
and Related Data. )          $ **3,813.46**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re __Northfield Investments, Inc._____     Case No. _____
                                Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Allied Waste** <br> **P.O. Box 219** <br> **Pineville, NC 28134** | | | | | | | **389.62** |
| ACCOUNT NO. <br><br> **Andrew Jacobson** <br> **5955 Carnegie Blvd.** <br> **Suite 225** <br> **Charlotte, NC 28209** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **Aquatic Resources Group, LLC** <br> **521 Eagleton Downs Dr., Ste. B** <br> **Pineville, NC 28134** | | | **Tenant-Lot 3 Westingthouse Downs Park** | | | | **NPO** |
| ACCOUNT NO. <br><br> **Automatic Sprinkler Inspections** <br> **2507 Glenwood St.** <br> **Kannapolis, NC 28083** | | | | | | | **1,100.00** |
| ACCOUNT NO. <br><br> **B. Scott Cook** <br> **Regions Bank** <br> **6805 Morrison Blvd.** <br> **Ste. 100** <br> **Charlotte, NC 28211** | | | | | | | **NPO** |

    8   Continuation sheets attached

                                                          Subtotal ➤ $ | **1,489.62**

                                                          Total ➤ $ |
                                          (Use only on last page of the completed Schedule F.)
                                  (Report also on Summary of Schedules and, if applicable on the Statistical
                                     Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northfield Investments, Inc.**                                            Case No. _____
                              Debtor                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Bank of America** c/o Robert J. Bernhardt 5821 Fairview Road, Ste. 100 Charlotte, NC 28209 | | | Meck. Cty., NC judgment #10-CVD-15938 filed 9/30/10 for $13,400.03 against debtor only. | | | | 13,400.03 |
| ACCOUNT NO.  **Bank of America** 100 N. Tryon St. Charlotte, NC 28255 | | | | | | | NPO |
| ACCOUNT NO.  **Bishop, Capitano & Abner, PA** 4521 Sharon Rd. Suite 350 Charlotte, NC 28211 | | | | | | | 19,496.63 |
| ACCOUNT NO.  **Bland & Richter, LLC** P.O. Box 72 Columbia, SC 29202 | | | | | | | 103,791.50 |
| ACCOUNT NO.  **Carleton B. Johnson** 1911 US Highway 70 Muleshoe, Texas 79347 | | | | | | | NPO |

Sheet no. _1_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        136,688.16

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northfield Investments, Inc.**                                  Case No. _____
                              **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cleer Oil**<br>**521 Eagleton Downs Dr., Ste. A**<br>**Pineville, NC 28134** | | | Tenant-Lot 3 Westingthouse Downs Park | | | | **NPO** |
| ACCOUNT NO.<br>**Cranford, Schultze, Tomchin**<br>**7257 Pineville-Matthews Rd.**<br>**Ste. 2100**<br>**Charlotte, NC 28226** | | | | | | | **6,960.78** |
| ACCOUNT NO.<br>**Fibers Services, Inc.**<br>**521 Eagleton Downs Drive, Ste. F**<br>**Pineville, NC 28134** | | | Tenant-Lot 3 Westington Downs Park | | | | **NPO** |
| ACCOUNT NO.   ....8572<br>**GMAC**<br>**P.O. Box 380901**<br>**Bloomington, MN 55438-0901** | | | Deficiency on auto | | | | **4,606.54** |
| ACCOUNT NO.<br>**Grier, Furr & Crisp**<br>**101 N. Tryon St.**<br>**Ste. 1240**<br>**Charlotte, NC 28246** | | | | | | | **1,375.00** |

Sheet no.  2 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $              **12,942.32**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northfield Investments, Inc.**                                    Case No. _____
                                    **Debtor**                                                  **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Harrington Plastics**<br>**601 Eagleton Downs Dr., Ste. C**<br>**Pineville, NC 28134** | | | Tenant-Lot 5 Westingthouse Downs | | | | **NPO** |
| ACCOUNT NO.<br><br>**Harvest Environmental, Inc.**<br>**521 Eagleton Downs Dr., Ste. E**<br>**Pineville, NC 28134** | | | Tenant-Lot 3 Westinghouse Downs Park | | | | **NPO** |
| ACCOUNT NO.<br><br>**Heckle, Herlong Professional Plaza**<br>**601 Eagleton Downs Dr., Ste. A**<br>**Pineville, NC 28134** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**Humphrey & Partners Architects**<br>**5339 Alpha Rd.**<br>**Dallas, TX 75240** | | | | | | | **1,500.00** |
| ACCOUNT NO.<br><br>**Hunter Engineering Company**<br>**521 Eagleton Downs Drive, Ste. D**<br>**Pineville, NC 28134** | | | Tenant-Lot 3 Westingthouse Downs Park | | | | **NPO** |

Sheet no.  3 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          **1,500.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northfield Investments, Inc.** _____     Case No. _____
                           Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**J. Michael Shaheen<br>601 Eagleton Downs Dr., Ste. A<br>Pineville, NC 28134** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**J. Michael Shaheen<br>6211 Fair Valley Rd.<br>Charlotte, NC 28226** | | | | | | | **684.22** |
| ACCOUNT NO.<br><br>**John E. Shaheen<br>6001 Eagleton Downs Dr., Ste. A<br>Pineville, Nc 28134** | | | | | | | **185.61** |
| ACCOUNT NO.<br><br>**Lancaster Industrial Park, LLC<br>601 Eagleton Downs Dr., Ste. A<br>Pineville, NC 28134** | | | | | | | **NPO** |
| ACCOUNT NO.<br><br>**Lawrence Shaheen<br>601 Eagleton Down Dr., Ste. A<br>Pineville, NC 28134** | | | | | | | **NPO** |

Sheet no. _4_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $         **869.83**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northfield Investments, Inc.**                              Case No. _____
                              Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Madison Construction Group**<br>**520 Eagleton Downs Dr., Ste. A & B**<br>**Pineville, NC 28134** | | | Tenant-Lot 4 Westingthouse Downs | | | | **NPO** |
| ACCOUNT NO.<br>**Mark Carpenter**<br>**100 N. Tryon St.**<br>**Floor 47**<br>**Charlotte, NC 28267** | | | | | | | **NPO** |
| ACCOUNT NO.<br>**Mark Carpenter**<br>**100 N. Tryon St.**<br>**Floor 47**<br>**Charlotte, NC 28267** | | | | | | | **NPO** |
| ACCOUNT NO.<br>**Regional Construction and Design**<br>**601 Eagleton Downs Dr.**<br>**Ste. A**<br>**Pineville, NC 28134** | | | | | | | **2,128,952.14** |
| ACCOUNT NO.<br>**Regional Construction and Design**<br>**601 Eagleton Downs Dr., Ste. A**<br>**Pineville, NC 28134** | | | Tenant-Lot 5 Westingthouse Downs | | | | **NPO** |

Sheet no. _5_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $      **2,128,952.14**

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Northfield Investments, Inc.**                                Case No. _____
                        Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Regional Construction VA, Inc.** <br> **601 Eagleton Downs Dr.** <br> **Ste. A** <br> **Pineville, NC 28134** | | | | | | | **128,900.70** |
| ACCOUNT NO. <br><br> **Regional Property Development Corp.** <br> **601 Eagleton Downs Dr., Ste. A** <br> **Pineville, NC 28134** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **Regional Property Development, LLC** <br> **601 Eagleton Downs Dr., Ste. A** <br> **Pineville, NC 28134** | | | | | | | **NPO** |
| ACCOUNT NO. <br><br> **Regions Bank** <br> **Commercial Loan Processing** <br> **P.O. Box 4010** <br> **Montgomery, AL 36103-4010** | | | **Disputed** | | | X | **Unknown** |
| ACCOUNT NO. <br><br> **Regions Bank** <br> **6805 Morrison Blvd., Ste. 100** <br> **Charlotte, NC 28211** | | | | | | | **NPO** |

Sheet no. 6 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $       **128,900.70**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northfield Investments, Inc.** _____          Case No. _____
                            Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **NPO** |
| **Ryan Herco Products Corp.** **10401 John Price Rd.** **Charlotte, NC 28273** | | | Tenant-JP1, John Price Road | | | | |
| ACCOUNT NO. | | | | | | | **NPO** |
| **Saertex, USA** **12200 Mt. Holly-Huntersville Rd.** **Huntersville, NC 28078** | | | **Tenant North Regional 11, Huntersville, NC** | | | | |
| ACCOUNT NO. | | | | | | | 350,539.02 |
| **Southeastern Construction Management Corp.** **601 Eagleton Downs Dr., Ste. A** **Pineville, NC 28134** | | | | | | | |
| ACCOUNT NO. | | | | | | X | 2,980.64 |
| **Southscape Landscaping** **11801 Ramah Church Rd.** **Huntersville, Nc 28071** | | | **Disputed** | | | | |
| ACCOUNT NO. | | | | | | | **NPO** |
| **Steven Jacobson** **1350 NE 101st St.** **Miami Shores, FL 33138** | | | | | | | |

Sheet no. _7_ of _8_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    353,519.66

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Northfield Investments, Inc.**                                    Case No. _____
                        Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Swindell and Jones** <br> **227 W. Trade St., Ste. 2030** <br> **Charlotte, NC 28202** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Templeton & Raynor, PA** <br> **1800 East Blvd.** <br> **28203** | | | | | | | **271.50** |
| ACCOUNT NO. <br><br> **Wagner, Noble and Company, Inc.** <br> **5970 Fairview Rd.** <br> **Ste. 402** <br> **Charlotte, NC 28210** | | | | | | | **109,301.28** |
| ACCOUNT NO. <br><br> **Wells Daisley Rabon, PA** <br> **1616 Cleveland Ave.** <br> **Charlotte, NC 28203** | | | | | | | **5,944.75** |
| ACCOUNT NO. <br><br> **Wishart, Norris, Henninger & Pittman** <br> **6832 Morrison Blvd.** <br> **Charlotte, NC 28211** | | | | | | | **1,192.50** |

Sheet no.  8 of 8 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $            **116,710.03**

Total  ➢ $          **2,881,572.46**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **Northfield Investments, Inc.**                           ,   Case No. _____
                                **Debtor**                                         **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Regional Construction-Virginia, Inc. and Virginia Property Assets, LLC** | **Shared office and staff. Expires December, 2011** |
| **Southeastern Construction** | **Shared expenes for office and staff December, 2011.** |
| **Tenant list attached** | |

*Tenant List - Schedule G*

**NORTHFIELD INVESTMENTS**

**HUNTERSVILLE NC 28078**

| **SAERTEX, USA** | Lease expires | **11/30/2015** |
|---|---|---|
| 12200 MT HOLLY-HUNTERSVILLE ROAD | | |
| HUNTERSVILLE NC 28078 | CAM | $5,059.59 |
| FAX:704-464-5922 | RENT | $39,466.28 |
| PH:704-464-5998 | | $44,525.87 |

**LOT 3 WESTINGHOUSE DOWNS PARK**
**521 EAGLETON DOWNS DRIVE, PINEVILLE NC**

| **AQUATIC RESOURCES GROUP, LLC** | Lease expires | **12/31/2011** |
|---|---|---|
| 521 EAGLETON DOWNS DRIVE, STE B | | |
| PINEVILLE NC 28134 | CAM | $562.00 |
| FAX: 704-583-0730 | RENT | $2,138.00 |
| PH: 704-400-1273 | | $2,700.00 |

| **CLEER OIL** | Lease expires | **11/30/2011** |
|---|---|---|
| 521 EAGLETON DOWNS DRIVE, STE A | | |
| PINEVILLE, NC 28134 | CAM | $598.10 |
| FAX: 201-651-7510 | RENT | $2,785.28 |
| PH: 973-714-4019 | | $3,383.46 |

| 521 EAGLETON DOWNS DR | STE C | VACANT |
|---|---|---|
| PINEVILLE, NC 28134 | | |

| **FIBERS SERVICES, INC.** | Lease expires | **07/01/2012** |
|---|---|---|
| 521 EAGLETON DOWNS DRIVE, STE F | | |
| PINEVILLE, NC 28134 | CAM | $627.12 |
| FAX: 704-543-9772 | RENT | $3,423.00 |
| PH: 704-543-0903 | | $4,050.12 |

| **HARVEST ENVIRONMENTAL, INC.** | Lease expires | **04/01/2013** |
|---|---|---|
| 521 EAGLETON DOWNS DRIVE, STE E | | |
| PINEVILLE, NC 28134 | CAM | $548.00 |
| FAX: 704-553-0758 | RENT | $2,540.00 |
| PH: 704-553-0717 | | $3,088.73 |

| **HUNTER ENGINEERING COMPANY** | | **11/13/2010** |
|---|---|---|
| 521 EAGLETON DOWNS DRIVE, STE D | | |
| PINEVILLE, NC 28134 | | |
| FAX: 314-731-7143 | CAM | $700.68 |
| FAX: 803-631-4107 | RENT | $3,954.18 |
| PH: 314-731-3020 | | $4,654.86 |

**LOT 4 WESTINGHOUSE DOWNS**

**MADISON CONSTRUCTION GROUP**  Lease expire   11/14/2011
520 EAGLETON DOWNS DRIVE, STE A & B
PINEVILLE, NC 28134              CAM          $1,946.34
FAX: 704-588-3877               RENT         $9,897.83
PH# 704-588-4992                             $11,844.17

520 EAGLETON DOWNS DR           C & D        Vacant
PINEVILLE, NC 28134

**LOT 5 WESTINGHOUSE DOWNS**

**HARRINGTON PLASTICS**         Lease expires  08/13/2013
601 EAGLETON DOWNS DR, STE C
PINEVILLE, NC 28134             CAM          $1,485.03
FAX:909-393-7012/704-588-5742   RENT         $5,497.00
PH: 704-588-0541                             $6,982.03

**601 EAGLETON DOWNS DRIVE, STE B**  CAM
PINEVILLE, NC 28134             RENT         Vacant
FAX: 704-583-4118

**JP1, JOHN PRICE ROAD**

**RYAN HERCO PRODUCTS CORP**    Lease expires  06/15/2013
10401 JOHN PRICE ROAD           CAM          $2,285.96
CHARLOTTE NC 28273              RENT         $9,456.00
FAX: 818-973-2650                            $11,741.96

B6H (Official Form 6H) (12/07)

In re: **Northfield Investments, Inc.**                                      Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Michael Shaheen** | **Berkadia**<br>**P.O. Box 308**<br>**Horsham, PA 19044** |
| **John Michael Shaheen** | **Wells Fargo 11-0202635**<br>**Commercial Loan Servicing**<br>**1901 Harrison St., 2d Fl.**<br>**Oakland, CA 94612** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## Western District of North Carolina
## Charlotte Division

In re **Northfield Investments, Inc.** _____,          Case No. _____

                              Debtor

                                                      Chapter    **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       10,800,000.00 | | |
| B - Personal Property | YES | 3 | $              1,093.54 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $       10,185,887.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $              3,813.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 9 | | $         2,881,572.46 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 18 | $       10,801,093.54 | $       13,071,272.92 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
# Western District of North Carolina
### Charlotte Division

In re **Northfield Investments, Inc.**

Debtor

Case No. _____

Chapter   **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 3,813.46 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| TOTAL | $ | 3,813.46 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 0.00 |

**United States Bankruptcy Court**
**Western District of North Carolina**
**Charlotte Division**

In re   **Northfield Investments, Inc.**                                 Case No. _____

_____                Chapter   __11__   _____
                              Debtor

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   3,813.46 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   0.00 |
| 4. Total from Schedule F | | $   2,881,572.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   2,881,572.46 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **Northfield Investments, Inc.**                                      Case No.  _____

_____                                                              **(If known)**
                        **Debtor**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Lawrence J. Shaheen, Sr.**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of
perjury that I have read the foregoing summary and schedules, consisting of        **19**_____ sheets *(Total shown on summary page plus 1),*
and that they are true and correct to the best of my knowledge, information, and belief.

Date   **10/18/2010**_____              Signature:   **s/ Lawrence J. Shaheen, Sr.**_____

                                                                              **Lawrence J. Shaheen, Sr. President**_____
                                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# United States Bankruptcy Court
## Western District of North Carolina
### Charlotte Division

In re:  **Northfield Investments, Inc.**

Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **John Michael Shaheen**<br>**Charlotte, NC** | **Common** | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Lawrence J. Shaheen, Sr., President** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  **10/18/2010**

s/ Lawrence J. Shaheen, Sr.

Lawrence J. Shaheen, Sr., President, Northfield Investments, Inc.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

In re:   **Northfield Investments, Inc.**                                    ,          Case No. _____

Debtor                                                              (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **524,776.00** | **2008-gross income** | |
| **552,127.00** | **2009-gross income** | |
| **Unknown** | **2010-est. year to date gross income** | |

---

### 2.  Income other than from employment or operation of business

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **10,000.00** | **2010- sold 2004 Expedition. Received $10,000 to Southeastern Construction Management early October, 2010. Used for general expenses.** | |

---

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑   a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑     days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.*

None  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☐     benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Regional Construction and Design**<br>**601 Eagleton Downs Dr.**<br>**Ste. A**<br>**Pineville, NC 28134**<br>    **Shared Agreement** | | **8,600.00** | **128,900.00** |
| **Southeastren Construction**<br> **Management Corp.**<br>**601 Eagleton Downs Dr., Ste. A**<br>**Pineville, NC 28134**<br>    **Shared Agreement** | | **142,000.00** | **207,570.00** |

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None

☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **Bank of America vs. Debtor, et al**<br>**10-cvd-15938** | **Civil** | **Meck Cty., NC** | **Judgment** |
| **Regions Bank vs. Debtor, et al**<br>**07-cvs-12469** | **Civil** | **Meck Cty., NC** | **Pending Lit.** |
| **Debtor vs. Carolina Ingredients Corp. and Doug Meyer-Cuno**<br>**10-cvs-2658** | **Civil** | **Meck. Cty., NC** | **Pending Lit** |
| **Mark Carpenter v. Debtor, et al**<br>**08-cvs-22823** | **Civil** | **Meck Cty., NC** | **Pending Lit.** |
| **Regional Properties Development v. Debtor, et al**<br>**08-cvs-22640** | **Civil** | **Meck Cty., NC** | **Pending Lit** |
| **Northfield Investments, Inc. v. Regionsl Bank**<br>**07-cvs-12568** | **Civil** | **Meck Cty., NC** | **Pending Lit.** |

None

☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mecklenburg County** | | **Filed attachment on Bank of America checking, but account was closed (appx July, 2010)** |

## 5.  Repossessions, foreclosures and returns

None

☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None

☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joe Grier**<br>**Charlotte, NC** | **appx. May, 2010** | **Paid $2,300** |
| **Mitchell & Culp, PLLC**<br>**Charlotte, NC** | **October, 2010** | **$14,961 retainer**<br>**$1,039 filing fee** |

## 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Southeastern Construction Insider** | | **Sold 2004 Ford Expedition early October, 2010 for $10,000.** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Bank of America Charlotte, NC** | **Checking closed December, 2009** | **Nominal amount and deposited in to new account at RBC** |

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑   c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18.  Nature, location and name of business

None
☐   a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing
executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or
other activity either full- or part-time within the **six years** immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately
preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses,
and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of
the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and
beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or
equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| . | | **Regional Development Downs Road, LLC** | **Debtor owns 36% of this company. It is a land development company** | |
| . | | **Lancaster Industrial Park, LLC** | **Debtor owns 50% in this company. Lancaster owns business park in Lancaster, SC.** | |

None
☑   b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19.  Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept
or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Isabelle Workmand Rock Hill, SC** | **March, 2009 to June, 2010** |

None
☑   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited
the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME         ADDRESS

**Debtor**

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS      DATE ISSUED

**Berkadia**
**Horsham, PA**
**Given quarterly 2009 & 2010**

**Regions Bank**
**Montgomery, AL**
**Quarterly 2009 & 2010**

**Wells Fargo**
**Oakland, CA**
**Quarterly 2009 & 2010**

## 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY    INVENTORY SUPERVISOR     DOLLAR AMOUNT OF INVENTORY
                        (Specify cost, market or other
                         basis)

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                    NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY           OF INVENTORY RECORDS

## 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS       NATURE OF INTEREST     PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                   NATURE AND PERCENTAGE
NAME AND ADDRESS         TITLE         OF STOCK OWNERSHIP

**John Michael Shasheen**      **VP, Shareholder, Director**    **100% stock**
**Charlotte, NC**

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME          ADDRESS          DATE OF WITHDRAWAL

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

*[If completed on behalf of a partnership or corporation]*

     I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>10/18/2010</u>

Signature   **s/ Lawrence J. Shaheen, Sr.**

**Lawrence J. Shaheen, Sr., President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

Form B1, Exhibit C
(9/01)

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina
### Charlotte Division

Exhibit "C"

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

In re:                                                      Case No.:

**Northfield Investments, Inc.**                            Chapter:    **11**
                    Debtor(s)

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**None**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

**None**

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

In re:   **Northfield Investments, Inc.**                                    Case No. _____

                                                                            Chapter    **11**
                          Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **$400 hrly** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | |

2. The source of compensation paid to me was:

   ☒ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor                    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e)   [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **10/18/2010** _____


                                          _____
                                          **Richard M. Mitchell, Bar No.  3034**

                                          **Mitchell & Culp PLLC**
                                          Attorney for Debtor(s)